Vincent Rosenbalm
2100 Napa Vallejo Highway Unit 5 and 6
Napa, California 94558
707 252 9949



# Citizens Complaint

I the undersigned complainant state that the following is true and correct to the best of my knowledge. On or about December 21, 2006 in Mendocino County in the Superior Court part of the Northern District of the United States District Court did Judge Ronald Brown violate the 6th and 14th Amendments of the United States Constitution by admitting inadmissible evidence of 2 witnesses without discovery in Mendocino Superior Court Case MCUKCRCR 06-74005  He also denied me assistance of counsel illegally which is against the 6th Amendment of the United States Constitution. On or about April 13th 2007 Judge Clayton Brennan in the county of Mendocino in the Superior Court part of the Northern District of the United States District Court did violate the 6th and 14th Amendment of the United States Constitution by admitting inadmissible evidence of a witness Doctor Wiltse without Discovery and denied me Counsel illegally. I further state I am Vincent Rosenbalm –golf professional and this complaint is based on the facts in this complaint and attached sheets. (Attached sheets included)

Signed  *Vincent Rosenbalm*
Dated   12/06/07
Executed on November 26, 2007 in Napa, California

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

JUDGE RONALD BROWN

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

C07 4197 SI PR
Case Number(s) 07-3226 SI

MENDOCINO COUNTY SUPERIOR COURT
CASE NO: MCUK CRCR 06-74005-02
CASE NO: MCUK CRCR 06-74005

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __12/21/06__ (Date) in __MENDOCINO__ County, in the __NORTHERN__ District of __CALIFORNIA__ defendant(s) did,

(Track Statutory Language of Offense) __DENY ME A LAWYER AND VIOLATE MY DUE PROCESS RIGHTS UNDER THE 14th AMENDMENT__

in violation of Title __Constitution of__ United States Code, Section(s) __6th & 14th AMENDMENT__

I further state that I am a(n) __VINCENT ROSENBALM__ and that this complaint is based on the following facts:
Official Title

1) I WAS DENIED DUE PROCESS
2) I WAS DENIED A LAWYER

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

__Vincent Rosenbalm__
Signature of Complainant

__VINCENT ROSENBALM__
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____ at _____
Date                                         City            State

_____     _____
Name of Judge    Title of Judge      Signature of Judge