UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.  
VINCENT ROSENBALM,  
    Plaintiff.

No. C 07-6253 SI (pr)

**ORDER OF DISMISSAL**

Plaintiff has filed a 2-page document. The first page is labelled "citizens complaint," and complains about his criminal case in the Mendocino County Superior Court. The second page is a form "criminal complaint" against Judge Ronald Brown in which plaintiff alleges the judge denied him a lawyer and due process in that same criminal case.

A petition for writ of habeas corpus is the exclusive method by which a person may challenge in this court the fact or duration of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973). Plaintiff must file a habeas petition if he wishes to challenge his state court criminal conviction or criminal proceedings, bearing in mind the limitations on pre-conviction habeas petitions that this court explained when it dismissed two of his earlier habeas petitions. See Order of Dismissal in Rosenbalm v. Pearce, No. C 06-7237 SI (pr), and Order of Dismissal in Rosenbalm v. Mendocino Superior Court, No. C 06-7412 SI (pr). Accordingly, this action is dismissed without prejudice to plaintiff filing a petition for writ of habeas corpus. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 17, 2007

                                              _____  
                                              SUSAN ILLSTON  
                                              United States District Judge