UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.  
VINCENT ROSENBALM,

      Plaintiff.

No. C 07-6253 SI (pr)

**JUDGMENT**

This action is dismissed without prejudice to plaintiff filing a petition for writ of habeas corpus to challenge his state court criminal proceedings.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

                                    SUSAN ILLSTON  
                                    United States District Judge